# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Diane Marie Kasaczun          CHAPTER 13
        Michael Leo Kasaczun

                          BKY. NO. 14-18155 ELF

            Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-32CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-32CB and index same on the master mailing list.

                        Respectfully submitted,
                        **/s/ Rebecca A. Solarz Esquire**
                        Rebecca A Solarz, Esquire
                        Kevin G. McDonald, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322