United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Leo Kasaczun
Diane Marie Kasaczun
    Debtors

Case No. 14-18155-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Dec 19, 2019
                     Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13989825      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 20 2019 03:32:43
         The Bank of New York Mellon,   c/o Bayview Loan Servicing, LLC,
       4425 Ponce De Leon Blvd, 5th Floor,   Coral Gables, FL 33146-1837
                                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:
         KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC et. al. pa-bk@logs.com
         KRISTEN D. LITTLE    on behalf of Creditor    Residential Credit Solutions, Inc. pabk@logs.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         LYNN E. FELDMAN    on behalf of Joint Debtor Diane Marie Kasaczun feldmanfiling@rcn.com
         LYNN E. FELDMAN    on behalf of Debtor Michael Leo Kasaczun feldmanfiling@rcn.com
         MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com
         REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS  Et Al... bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                               TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-18155-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael Leo Kasaczun
4284 Indian Creek Road
Emmaus PA 18049-1836

Diane Marie Kasaczun
4284 Indian Creek Road
Emmaus PA 18049-1836

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/18/2019.

Name and Address of Alleged Transferor(s):

Claim No. 7: The Bank of New York Mellon, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK, et al
c/o Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266-0933

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/21/19

Tim McGrath
**CLERK OF THE COURT**