United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-18155-elf
Michael Leo Kasaczun                                                Chapter 13
Diane Marie Kasaczun
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi          Page 1 of 2          Date Rcvd: Feb 19, 2020
                             Form ID: 138NEW       Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
```
db/jdb       Michael Leo Kasaczun,   Diane Marie Kasaczun,   4284 Indian Creek Road,
             Emmaus, PA  18049-1836
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr           BANK OF AMERICA, N.A.,   P.O. Box 660933,   DALLAS, TX  75266-0933
cr          +Residential Credit Solutions, Inc.,   4282 North Freeway,   Fort Worth, TX 76137-5021
13402709     BBY/CBNA,   PO Box 6497,   Sioux Falls, SD  57117-6497
13402707    +Bank 0f America,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8119
13468744    +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13402708    +Barclays Bank Delaware,   700 Prides Xing,   Newark, DE 19713-6109
14037633    +Bayview Loan Servicing, LLC et. al.,   4425 Ponce de Leon Boulevard,   5th Floor,
             Coral Gables, FL 33146-1837
13402711     CCO Mortgage,   Attn: Customer Service,   PO Box 6260,   Glen Allen, VA  23058-6260
13477105     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13402712     Chase Advantage Credit,   3700 Wiseman Blvd,   San Antonio, TX  78251-4322
13402714     Ciara Kasaczun,   4285 Indian Creek Rd,   Emmaus, PA  18049
13402715    +Citizens Bank,   630 Plaza Dr Ste 150,   Highlands Ranch, CO 80129-2750
13425627    +Citizens Bank, N.A.,   f/k/a RBS Citizens, N.A.,   10561 Telegraph Road,
             Glen Allen, VA 23059-4577
13423784    +Citizens Bank, NA,   MARY F. KENNEDY,   Law Offices of Gregory Javardian,
             1310 Industrial Blvd.,   Ste. 101,   Southhampton, PA 18966-4030
13402719     Exxon,   PO Box 6497,   Sioux Falls, SD  57117-6497
13402720     Financial  Recoveries,   200 E Park Dr # 1388,   Mount Laurel, NJ  08054-1297
13402722     Residential Credit Solutions,   4282 North Fwy,   Fort Worth, TX  76137-5021
13402723     Sears/CBNA,   133200 Smith Road,   Cleveland, OH  44130
13402727     THD/CBSD,   PO Box 6497,   Sioux Falls, SD  57117-6497
14441637     THE BANK OF NEW YORK MELLON,   FKA THE BANK OF NEW YORK, et al,   c/o Bank of America, N.A.,
             P.O. Box 660933,   Dallas, TX 75266-0933
14439957    +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   C/O KML Law Group,
             Rebecca A. Solarz, Esq.,   701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
13550593     THE BANK OF NEW YORK MELLON, TRUSTEE (See B10),   c/o Residential Credit Solutions, Inc.,
             P.O. Box 163229,   Fort Worth, Texas 76161-3229
13440726     The Bank of New York Mellon,   Residential Credit Solutions, Inc.,   P. O. Box 163229,
             Fort Worth TX 76161-3229
13420676     Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
13402728     Wells Fargo Dealer Services,   PO Box 1697,   Winterville, NC  28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 20 2020 03:57:59
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 20 2020 03:58:17    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy.bnc@ditech.com Feb 20 2020 03:57:49    Ditech Financial LLC,
             PO BOX 6154,   Rapid City, SD  57709-6154
13413163     E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2020 03:46:08    CACH, LLC,
             PO Box 10587,   Greenville SC 29603-0587
13486564    +E-mail/Text: bncmail@w-legal.com Feb 20 2020 03:58:10    CERASTES, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13402710     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 03:43:39    Capital One,
             4851 Cox Rd,   Glen Allen, VA  23060-6293
13403607    +E-mail/Text: bankruptcy@cavps.com Feb 20 2020 03:58:13    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13402713     E-mail/Text: bk.notifications@jpmchase.com Feb 20 2020 03:57:53    Chase Auto Finance,
             PO Box 901076,   Fort Worth, TX  76101-2076
13402716     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2020 03:57:50    Comenity Bank/Bon Ton,
             PO Box 182789,   Columbus, OH  43218-2789
13402718     E-mail/Text: mrdiscen@discover.com Feb 20 2020 03:57:43    Discover,   6500 New Albany Rd E,
             New Albany, OH  43054-8730
13402717     E-mail/Text: electronicbkydocs@nelnet.net Feb 20 2020 03:58:08    Dept Of ED/Nelnet,
             121 S 13th St,   Lincoln, NE  68508-1904
13405619     E-mail/Text: mrdiscen@discover.com Feb 20 2020 03:57:43    Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13424065     E-mail/Text: bk.notifications@jpmchase.com Feb 20 2020 03:57:53    JPMorgan Chase Bank, N.A.,
             National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
13402721    +E-mail/Text: bncnotices@becket-lee.com Feb 20 2020 03:57:44    Kohls,   PO Box 3115,
             Milwaukee, WI 53201-3115
13470729     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 04:02:06
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
```

```
District/off: 0313-4          User: Randi          Page 2 of 2             Date Rcvd: Feb 19, 2020
                              Form ID: 138NEW      Total Noticed: 52


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13447636        E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2020 03:57:54
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13402724       +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:44:43      Syncb/Home Design,
                C/O Box 965036,   Orlando, FL 32896-0001
13402725        E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:46:01      Synchrony Bank/ JC Penney,
                Box 965007,   Orlando, FL  32896-5007
13402726        E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:43:38      Synchrony Bank/Lowes,
                Box 965005,   Orlando, FL  32896-5005
13858208        E-mail/Text: bankruptcy.bnc@ditech.com Feb 20 2020 03:57:49      The Bank of New York Mellon,
                c/o Ditech Financial LLC,   PO Box 6154,   Rapid City SD 57709-6154
13989825       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 20 2020 03:58:17
                The Bank of New York Mellon,   c/o Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd, 5th Floor,   Coral Gables, FL 33146-1837
                                                                                    TOTAL: 21


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON
cr*            +Bayview Loan Servicing, LLC et. al.,   4425 Ponce de Leon Boulevard,   5th Floor,
                Coral Gables, FL 33146-1837
cr*             CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
                                                                        TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
            KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC et. al. pa-bk@logs.com
            KRISTEN D. LITTLE    on behalf of Creditor    Residential Credit Solutions, Inc. pabk@logs.com
            LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            LYNN E. FELDMAN    on behalf of Joint Debtor Diane Marie Kasaczun feldmanfiling@rcn.com
            LYNN E. FELDMAN    on behalf of Debtor Michael Leo Kasaczun feldmanfiling@rcn.com
            MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
             mary@javardianlaw.com,  tami@javardianlaw.com
            REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
             AS TRUSTEE FOR THE CERTIFICATEHOLDERS  Et Al... bkgroup@kmllawgroup.com
            SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael Leo Kasaczun and Diane
Marie Kasaczun

                Debtor(s)

Bankruptcy No: 14–18155–elf

Chapter: 13

_____


### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.


For The Court
Timothy B. McGrath
Clerk of Court

Dated: 2/19/20

86 – 85
Form 138_new
