United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 14-18155-pmm
Michael Leo Kasaczun    Chapter 13
Diane Marie Kasaczun
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Randi    Page 1 of 1    Date Rcvd: Mar 24, 2020
                         Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.
db/jdb        +Michael Leo Kasaczun,    Diane Marie Kasaczun,    4284 Indian Creek Road,
          Emmaus, PA 18049-1836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:
          KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC et. al. pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor    Residential Credit Solutions, Inc. pabk@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNN E. FELDMAN    on behalf of Debtor Michael Leo Kasaczun feldmanfiling@rcn.com
          LYNN E. FELDMAN    on behalf of Joint Debtor Diane Marie Kasaczun feldmanfiling@rcn.com
          MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
           mary@javardianlaw.com, angie.harrigan@javardianlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                  : Chapter 13

Michael Leo Kasaczun and Diane Marie Kasaczun          : Case No. 14–18155–pmm

       Debtor(s)

### *ORDER*
_____

AND NOW, this day , March 24, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

90
Form 195